1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10 DEFRANTZE LUCAS NOEL,
11           Plaintiff,            No. CIV S-05-0706 LKK JFM P
12      vs.
13 LOU BLANOS, et al.,
14           Defendants.           ORDER
15 _____/
16           Plaintiff, a jail inmate proceeding pro se, has filed a civil rights action pursuant to
17 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28
18 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by
19 plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a
20 certified copy of his inmate trust account statement for the six month period immediately
21 preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the
22 opportunity to submit a completed in forma pauperis application and a certified copy in support
23 of his application.
24 /////
25 /////
26 /////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his jail trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 22, 2005.

UNITED STATES MAGISTRATE JUDGE

/kf
noel0706.3c+n

2