IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEFRANTZE LUCAS NOEL,

    Plaintiff,                    No. CIV S-05-0706 LKK JFM P

    vs.

LOU BLANOS, et al.,

    Defendants.               <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file a completed affidavit in support of his request to proceed in forma pauperis with a certified copy of his jail trust account statement for the six month period immediately preceding the filing of the complaint pursuant to the court's order of April 25, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's May 25, 2005 request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file a completed affidavit in support of his request to proceed in forma pauperis with a certified copy of his jail trust account statement for the six month period immediately preceding the filing of the complaint.

DATED: June 2, 2005.

UNITED STATES MAGISTRATE JUDGE

/kf;noel0706.36